UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | MISC NO.   3:05M73 |
| | ) | 3:05MJ209 |
| SEARCH WARRANT | ) | 3:06MJ330-1 |
| | ) | 3:06MJ330-2 |
| | ) | 3:06MJ150 |
| _____ | ) | |

## ORDER TO UNSEAL SEARCH WARRANT

UPON MOTION of the United States of America, by and through Gretchen C.F.
Shappert, United States Attorney for the Western District of North Carolina, for an order
directing that the affidavits and application for search warrants in this cause be
unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the
attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the above-captioned case be
unsealed.

This the 10th day of September , 2007.

_____
UNITED STATES MAGISTRATE JUDGE